IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED ASHFORD, JR.,   :<br>    Petitioner        :<br>                     :   No. 1:23-cv-01672<br>     v.              :<br>                     :   (Judge Kane)<br>DAUPHIN COUNTY ADULT :<br>PROBATION, et al.,   :<br>    Respondents      : | |

## ORDER

**AND NOW**, on this 25th day of January 2024, upon consideration of Petitioner Alfred Ashford, Jr. ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**, and his petition (Doc. No. 1) is **DEEMED FILED**;

2. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania